UNITED STATES DISTRICT COURT

For the Northern District of California

| | |
|---|---|
| HAROLD VINSON,<br><br>　　　　　Plaintiff,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILTATION,<br><br>　　　　　Defendant.<br>_____/ | No. C 13-699 MEJ<br><br>**ORDER RE: STATUS** |

This matter is currently scheduled for a Case Management Conference on May 23, 2013. However, as there is no indication that Defendant has been properly served in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the May 23 conference and ORDERS Plaintiff Harold Vinson to file a status report by June 6, 2013.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HAROLD VINSON,

          Plaintiff(s),

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILTATION,

          Defendant(s).

No. C 13-00699 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold Vinson
3400 Richmond Parkway
Suite 1707
Richmond, CA 94806

Dated: May 20, 2013

                                  Richard W. Wieking, Clerk
                                  By: Rose Maher, Deputy Clerk