UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| HAROLD VINSON, | No. C 13-00699 MEJ |
| Plaintiff, | **ORDER RE DECLINATION OF ENTRY OF DEFAULT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*, | |
| Defendants. | |

On August 22, 2013, Plaintiff Harold Vinson filed an Application for Default Judgment against California Department of Corrections and Rehabilitation. Dkt. No. 17. On August 28, 2013, the Clerk of Court denied Plaintiff's Application. Dkt. No. 19. The Clerk's Office notified the Court that Plaintiff has orally requested reconsideration of the Clerk's declination of his Application.

Plaintiff served the summons and complaint by certified mail addressed to the California Department of Corrections to the attention of Jeffrey Beard, Secretary of the CDCR. The Clerk correctly declined to enter default because there is no acknowledgment of receipt of the summons and complaint, as required under section 415.30(a)-(d) of the California Code of Civil Procedure. Thus, the Court finds that the Clerk correctly declined to enter default in this instance.

Plaintiff may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, in Room 2796, where Plaintiff may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

The telephone number for scheduling an appointment with the Legal Help Center is (415) 782-8982.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
Maria-Elena James
United States Magistrate Judge